UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-06137-ODW (JCx) | Date | August 15, 2025 |
|---|---|---|---|
| Title | *Linda Black v. Society to Benefit Everyone, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**            **In Chambers**

On August 1, 2025, Plaintiff Linda Black filed a Motion to Remand. (ECF No. 17.) On August 11, 2025, Defendants Society to Benefit Everyone, Inc. and William Spademan filed a Notice of Non-Opposition notifying the Court that they consent to remanding the matter to state court. (ECF No. 18.) Considering the parties' agreement that this matter should be remanded to state court, the Court hereby **REMANDS** this action to the Superior Court of California, County of Los Angeles, 312 North Spring Street, Los Angeles, CA 90012, Case No. 25STCV15502. Consequently, the Court **DENIES AS MOOT** Plaintiff's Motion to Remand. (ECF No. 17.)

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                              _____ : 00
                                           Initials of Preparer    SE